UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY BOWMAN MUHAMED,<br><br>Plaintiff,<br><br>v.<br><br>CDCR MEDICAL, et al.,<br><br>Defendants. | No. 2:17-cv-1808 CKD P<br><br><br><br>ORDER |

Two recent court orders (ECF No. 6, 7) and a notification (ECF No. 8) were served on plaintiff's address of record and returned by the postal service with the notation that delivery had been refused.

The California Department of Corrections and Rehabilitation (CDCR) maintains an inmate locater which identifies plaintiff as "Jerry Bowman." Court records show that the documents were sent to plaintiff using the name "Jerry Bowman Muhamed" and his CDCR number. It is not clear from the returned documents whether the prison refused the mail because plaintiff's name did not match the name associated with his CDCR number or whether plaintiff refused the mail. The documents were then re-served on plaintiff using the name "Jerry Bowman" and his CDCR number and were once again returned, this time with a clear notation that they were refused by plaintiff. It is unclear why plaintiff refused the mail.

////

1

Plaintiff is informed that all court orders and notifications will be served on him at his address of record under the name "Jerry Bowman" in order to ensure that they are accepted by the prison. The court will do its best to ensure that any mailings include the name "Jerry Bowman Muhamed," but cannot guarantee that every mailing will include this name, particularly if plaintiff is moved and his address is updated. Plaintiff is advised that acceptance of mailings from the court, whether they are addressed to him as "Jerry Bowman" or "Jerry Bowman Muhamed," will be necessary to prosecution of the instant action. He is informed that further refusal to accept delivery of court orders, even if they are addressed to him only as "Jerry Bowman," will result in a recommendation that this action be dismissed.[1] See L.R. 110.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall update plaintiff's current address to identify him as Jerry Bowman, a.k.a. Jerry Bowman Muhamed and re-serve him with copies of the documents at ECF Nos. 6, 7, and 8.

Dated: October 23, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:muha1808.33.ref

---

[1] The court notes that the dockets in other cases in this district indicate that plaintiff has previously accepted mail addressed to him as "Jerry Bowman" without incident. See Bowman v. Mundey, 2:16-cv-246 EFB; Bowman v. Holley, 2:16-cv-193 EFB.