UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY BOWMAN MUHAMAD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR MEDICAL, et al.,<br><br>　　　　　　Defendants. | No. 2:17-cv-1808 CKD P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed February 28, 2018, the undersigned screened and dismissed the complaint and plaintiff was given thirty days to file an amended complaint. (ECF No. 11.) The thirty-day period has now passed and plaintiff has yet to file an amended complaint or request an extension of time. Instead, plaintiff has filed several notices that appear to relate challenges to his conviction and length of incarceration. (ECF Nos. 14-16.) The court previously advised plaintiff that such challenges cannot be made in a § 1983 civil rights complaint (ECF No. 11 at 5) and any additional filings in this case related to challenges to plaintiff's conviction and length of conviction will be disregarded. Plaintiff will be given a final opportunity to file an amended complaint and failure to do so will result in a recommendation that this action be dismissed without further warning for failure to prosecute.

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff shall have fourteen days from service of this order to file an amended complaint. Failure to file an amended complaint will result in a recommendation that this case be dismissed without prejudice for failure to prosecute.

Dated: April 17, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:muha1808.fta