UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY BOWMAN MUHAMED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR MEDICAL, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-1808 CKD P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

By order filed February 28, 2018, plaintiff's complaint was dismissed and he was granted thirty days to file an amended complaint. (ECF No. 11.) After plaintiff failed to file an amended complaint, he was given an additional fourteen days to file an amended complaint and warned that failure to do so would result in dismissal of this case without prejudice for failure to prosecute. (ECF No. 17.) The fourteen-day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall randomly assign a United States District Judge to this action.

IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice for failure to prosecute. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

1

after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 23, 2018

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:muha1808.fta